UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **GARY L. WORKMAN** | **CIVIL ACTION** |
| **VERSUS** | **NO. 18-13175** |
| **JASON KENT, WARDEN** | **SECTION "H"(2)** |

### O R D E R

The court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the Petitioner's objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. In so doing, the Court specifically addresses Petitioner's objection regarding his counsel's failure to subpoena an available expert witness at his trial. The Court notes that the expert report at issue agreed that the prosecution's report was "very accurate."

Therefore,

**IT IS ORDERED** that the petition of Gary L. Workman for issuance of a writ of habeas corpus under 28 U.S.C. § 2254 be **DENIED** and **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this 22nd day of July, 2020.

_____
UNITED STATES DISTRICT JUDGE